**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01226-LTB-BNB

ASHLEY NAVARRETTE,

       Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC, a Delaware limited liability company,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal

With Prejudice (Doc 5 - filed June 8, 2012), and the Court being fully advised in the

premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                BY THE COURT:


                s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   June 11, 2012